The Honorable David G. Estudillo

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10   JOHN BARNES,                            Case No. 3:21-cv-05400-DGE

11                        Plaintiff,          STIPULATION AND ORDER OF
                                              DISMISSAL
           v.
12                                            **NOTED FOR CONSIDERATION:**
     UNITED STATES OF AMERICA,                **MAY 19, 2022**
13
                         Defendant.
14

15                          <u>**JOINT STIPULATION**</u>

16        COME now the parties hereto, by and through their respective counsel of record, and

17   hereby stipulate that this action, including any and all claims, counterclaims and cross-claims,

18   whether for indemnity and/or contribution by and among the parties hereto, and any and all others,

19   whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any

20   party.

21        The parties further stipulate that this matter has been fully compromised and settled.

22   //

23   //

24

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 19th day of May, 2022.

2    NICHOLAS W. BROWN                         BRIGGS & BRIGGS
     United States Attorney

3    _s/ Erin K. Hoar_                          _s/ Shawn Briggs_

4    ERIN K. HOAR, CA No. 311332                Shawn Briggs, WSBA No. 16162
     Assistant United States Attorney           Briggs & Briggs

5    United States Attorney's Office            10222 Gravelly Lake Drive SW
     700 Stewart Street, Suite 5220             Lakewood, WA 98499

6    Seattle, Washington  98101-1271            Telephone: (253) 588-6696
     Phone:  206-553-7970                       Fax: (253) 584-6238

7    Fax:  206-553-4067                         Email: sbriggs@briggsandbriggs.com
     Email: erin.hoar@usdoj.gov

8
     *Attorneys for Defendant United States*    *Attorney for Plaintiff*
9    *of America*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER OF DISMISSAL
Case No. 3:21-cv-05400-DGE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## <u>ORDER</u>

2      The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is

3  dismissed with prejudice and without costs or fees to either party.  This Court shall retain

4  jurisdiction over the above-captioned action and the terms of the settlement thereof if and as

5  necessary.

6      DATED this 23rd  day of May 2022.

7

8

9

10

David G. Estudillo
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER OF DISMISSAL
Case No. 3:21-cv-05400-DGE - 3